Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone   209.478.9950
Facsimile   209.478.9954
Attorneys for Defendant Raymond Cawthorne

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND CAWTHORNE,<br><br>    Defendant. | Case No.: 1:19 CR 00262 DAD BAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and the Defendant, by and through his counsels of record, hereby stipulate as follows:

1. On December 2, 2019, Defendant pled guilty to Count 1 of the Information and the matter was referred to the Probation Office for preparation of a presentence investigation report. The matter is presently set for judgment and sentencing on March 2, 2020.

2. Defense notified the Government of her conflicting trial schedule and of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having

considered defense counsel's request, the Government has no opposition to the requested date. Similarly, Probation Officer Megan Pascual of US Probation also has no opposition to this request.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing until April 13, 2020 at 10:00 AM.

4. Defense also kindly requests that all dates pertinent to the preparation of the Presentence Investigation Report be adjusted accordingly to reflect the new sentencing date of April 13, 2020.

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: December 30, 2019                McGregor W. Scott
                                        United States Attorney

                                        ___/s/ Joseph Barton_____
                                        JOSEPH BARTON
                                        Assistant United States Attorney


Dated: December 30, 2019                ___/s/ Mary Ann F. Bird_____
                                        MARY ANN F. BIRD
                                        Attorney for Raymond Cawthorne

**ORDERS**

The Court hereby continues the judgment and sentencing hearing to April 13, 2020 at 10:00 AM. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of April 13, 2020.

IT IS SO ORDERED.

Dated: __**January 2, 2020**__

_____
UNITED STATES DISTRICT JUDGE