1  Bird & Van Dyke, Inc.
   A Professional Law Corporation
2  David S. Van Dyke, CABN 154402
   Mary Ann F. Bird, CABN 206770
3  2111 W. March Lane
   Suite B300
4  Stockton, CA 95207
   Telephone    209.478.9950
5  Facsimile    209.478.9954
   Attorneys for Defendant Raymond Cawthorne

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND CAWTHORNE,<br><br>Defendant. | Case No.: 1:19 CR 00262 DAD BAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and the Defendant, by and through his counsels of record, hereby stipulate as follows:

1. On December 2, 2019, Defendant pled guilty to Count 1 of the Information and the matter was referred to the Probation Office for preparation of a presentence investigation report. The matter is presently set for judgment and sentencing on April 13, 2020.

2. Defense notified the Government of her conflicting trial schedule and of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having

considered defense counsel's request, the Government has no opposition to the requested date. Similarly, Probation Officer Megan Pascual of US Probation also has no opposition to this request.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing until May 18, 2020 at 10:00 AM.

4. Defense also kindly requests that all dates pertinent to the preparation of the Presentence Investigation Report be adjusted accordingly to reflect the new sentencing date of May 18, 2020.

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.                        Respectfully submitted,

Dated: March 11, 2020                       McGregor W. Scott
                                            United States Attorney

                                            ___/s/ Joseph Barton_____
                                            JOSEPH BARTON
                                            Assistant United States Attorney

Dated: March 11, 2020                       ___/s/ Mary Ann F. Bird_____
                                            MARY ANN F. BIRD
                                            Attorney for Raymond Cawthorne

**ORDER**

The Court hereby continues the judgment and sentencing hearing to May 18, 2020 at 10:00 AM in Courtroom No. 5. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of May 18, 2020.

IT IS SO ORDERED.

Dated: **March 11, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE