McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00262-DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| RAYMOND CAWTHORNE, | DATE: May 18, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

This case is currently set for Sentencing on May 18, 2020, at 10:00 a.m. This Stipulation seeks to continue the Sentencing until July 27, 2020, at 10:00 a.m.

**STIPULATION**

Plaintiff, United States, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1.      This case is set for Sentencing on May 18, 2020;

2.      Defense counsel requests that the defendant be allowed more time so that he may satisfy his forfeiture and restitution obligations prior to the Sentencing;

3.      The defendant requests that he appear in-person for his sentencing. The defendant, counsel, and other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible for at least the next few weeks because of the current COVID-19 pandemic. It will be difficult to avoid such personal contact should the in-person hearing proceed as

1

scheduled.

4.      Defense counsel respectfully requests that the Court continue the Sentencing until July 27, 2020, at 10:00 a.m.;

5.      Neither the United States nor Probation oppose the requested continuance; and

6.      The Speedy Trial Act is inapplicable because the defendant previously pleaded guilty to the one count Information in this case.

7.      The parties request that all dates relevant to the preparation of the Presentence Investigation Report be adjusted to reflect the new date for the Sentencing.

IT IS SO STIPULATED.


Dated:  April 8, 2020                    McGREGOR W. SCOTT
                                         United States Attorney


                                         */s/ JOSEPH BARTON*
                                         JOSEPH BARTON
                                         Assistant United States Attorney


Dated:  April 8, 2020                    */s/ MARY ANN BIRD*
                                         MARY ANN BIRD
                                         Counsel for Defendant

## **ORDER**

Upon the Parties' Stipulation and for good cause shown, the Sentencing that is presently set for May 18, 2020, is continued until July 27, 2020, at 10:00 a.m. in Courtroom 5, before District Judge Dale A. Drozd.  The dates relevant to the preparation of the Presentence Investigation Report are reset accordingly.

IT IS SO ORDERED.

Dated:   **April 8, 2020**                _____
                                         UNITED STATES DISTRICT JUDGE