McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND CAWTHORNE,<br><br>Defendant. | CASE NO. 1:19-CR-00262-DAD-BAM<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On December 2, 2019, defendant Raymond Cawthorne entered a guilty plea to the Information which charges him with Embezzlement or Theft of Public Funds, in violation of 18 U.S.C. § 641.

As part of his plea agreement with the United States, defendant Raymond Cawthorne agreed to forfeit voluntarily and immediately $14,198.53, less any forfeited funds, as a personal forfeiture money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1). See Defendant Cawthorne's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Raymond Cawthorne in the amount of $14,198.53.

2. The above-referenced forfeiture money judgment is imposed based on defendant Raymond Cawthorne's conviction for violating 18 U.S.C. § 641. Said amount represents the total amount which the defendant agreed is subject to forfeiture based on the offense of conviction. Any

funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

      3.      On or about May 5, 2020, defendant satisfied the money judgment in full.

Date: July 20, 2020

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Joseph Barton
                                      JOSEPH BARTON
                                      Assistant United States Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Raymond Cawthorne in the amount of $14,198.53.  The payment made by defendant satisfies the balance of the money judgment.  Payment towards this judgment shall be forfeited to the United States of America and disposed of as provided for by law.

IT IS SO ORDERED.

Dated:   **July 20, 2020**                                                  */s/ Dale A. Drozd*
                                                                       UNITED STATES DISTRICT JUDGE